UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PCVST MEZZCO 4, LLC; PCVST MEZZCO 5, LLC; PCVST MEZZCO 6, LLC; PCVST MEZZCO 7, LLC; PCVST MEZZCO 8, LLC; AND PCVST MEZZCO 9, LLC,<br><br>                Plaintiffs,<br><br>  -against-<br><br>WACHOVIA BANK COMMERCIAL MORTGAGE TRUST 2007-C30; COBALT CMBS COMMERCIAL MORTGAGE TRUST 2007-C2; WACHOVIA BANK COMMERCIAL MORTGAGE TRUST 2007-C31; ML-CFC COMMERCIAL MORTGAGE TRUST 2007-5; ML-CFC COMMERCIAL MORTGAGE TRUST 2007-6; U.S. BANK, NATIONAL ASSOCIATION AND NONPARTY WELLS FARGO BANK, NATIONAL ASSOCIATION, IN THEIR CAPACITY AS TRUSTEES FOR THE FOREGOING TRUSTS; CW CAPITAL ASSET MANAGEMENT LLC, BOTH DIRECTLY AND IN ITS CAPACITY AS SPECIAL SERVICER, ACTING FOR THE FOREGOING TRUSTS AND THEIR RESPECTIVE TRUSTEES; PCV-M HOLDINGS LLC; PCV ST OWNER LP; ST OWNER LP; PCVST-DIL LLC; ST-DIL LLC; AND JOHN DOES 1-10,<br><br>                Defendants. | Case No. 1:14-cv-06023-AJN<br><br>RESPONSE OF INTERESTED PARTIES APPALOOSA INVESTMENT L.P. I., PALOMINO FUND LTD., THOROUGHBRED FUND L.P., AND THOROUGHBRED MASTER LTD. TO MOTION TO STRIKE |

        Appaloosa Investment L.P. I, Palomino Fund Ltd., Thoroughbred Fund L.P., and Thoroughbred Master Ltd. (collectively, "AMLP") by their attorneys, Willkie Farr & Gallagher LLP, submit this statement in response to the motion to strike filed by Defendants.

        1.     That AMLP is an interested party in this action is not seriously in dispute. As noted previously in its Statement of Interested Party, AMLP is a substantial Certificateholder, with more than half a billion dollars worth of certificates issued by Securitization Trusts that are

named Defendants in this action.  Although Defendants take issue with AMLP's bona fides as an interested party by questioning the amount that AMLP paid to acquire its interest, it cannot be disputed that AMLP holds approximately 17 percent of the subordinate layers of the Securitization Trusts.[1]  It also cannot be disputed that, as a substantial holder of the most subordinate interest in the Securitization Trusts, AMLP is the party most at risk in the event that the trust cannot realize the full value of Stuy Town among other assets held by the Trust.

2. Indeed, although AMLP is clearly an interested party in this action, it has not sought to intervene because AMLP's interests are aligned with the securitization trusts that are Defendants in this action.  Nevertheless, in view of the Trustee's demonstrated lack of interest, as well as Defendant CW Capital's multiple and competing roles, it is apparent that Certificateholders such as AMLP have no one to speak for them in this action.  For these and all the other reasons set forth in AMLP's earlier submission, AMLP 's statement should rightfully remain part of the record of this action.

| | | |
|---|---|---|
| DATED: | January 7, 2015<br>New York, New York | WILLKIE FARR & GALLAGHER LLP |
| | | By:   /s/ James C. Dugan<br>Rachel C. Strickland<br>James C. Dugan<br>787 Seventh Avenue<br>New York, New York 10019<br>(212) 728-8872<br>rstrickland@willkie.com |
| | | *Attorneys for Appaloosa Investment L.P. I., Palomino Fund Ltd., Thoroughbred Fund L.P., and Thoroughbred Master Ltd.* |

---

[1] Although market prices of such certificates should be irrelevant and certain of the interests now trade for mere cents on the dollar (reflecting the risk holders of such certificates face), others trade at par.